450 A.2d 1062

Commonwealth v. Warner, Appellant.

Submitted March 30, 1982. Mitchell S. Strutin, for appellant; Ann Carol Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Herbert R. Cain, Jr. is affirmed.